B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of California

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Majestic, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hotel Majestic** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3911723** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1500 Sutter Street**<br>**San Francisco, CA**<br>ZIP Code **94109** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Majestic, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Majestic, LLC** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Paul E. Manasian**
Signature of Attorney for Debtor(s)

**Paul E. Manasian 130855**
Printed Name of Attorney for Debtor(s)

**Manasian & Rougeau, LLP**
Firm Name

**400 Montgomery Street, Suite 1000**
**San Francisco, CA 94104**

_____
Address

**Email: manasian@mrlawsf.com**
**415-291-8425 Fax: 415-291-8426**
Telephone Number

**March 9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Pinsonneault**
Signature of Authorized Individual

**Joseph Pinsonneault**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**March 9, 2010**
Date

# LLC RESOLUTION

A meeting of the Members of MAJESTIC, LLC (the "LLC") was held on February 22, 2010. After a discussion, upon motion duly made, seconded and carried, the following resolutions were adopted:

WHEREAS, the LLC is in serious financial condition and is unable to continue without debt relief; and

WHEREAS, it appears to the LLC's Members that it is in the best interests of the LLC, its Members, and creditors, to commence a case under Chapter 11 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved, that the Members find and determine that it is in the best interest of the LLC, its Members, and creditors, for it to commence a case under Chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the Members and agents of the LLC be, and each of them hereby is, empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed, a petition for the commencement of a case under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of California;

BE IT FURTHER RESOLVED that Frank Bramante, Executive Manager of the LLC's sole business, Hotel Majestic, is designated and authorized to act as the "Authorized Individual" for the signing of the Chapter 11 Voluntary Petition and as the LLC's "Responsible Individual" as may be required by the Local Bankruptcy Rules for the Northern District of California, and

BE IT FURTHER RESOLVED that the Members and agents of the LLC are authorized, empowered and directed to retain the Law Firm of Manasian & Rougeau LLP, to commence the aforementioned Chapter 11 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the commencement of said Chapter 11 case; Manasian & Rougeau is authorized to take such actions in the bankruptcy case which Manasian & Rougeau, in its discretion, concludes are necessary Manasian & Rougeau's and/or the LLC's fulfillment of its fiduciary obligations in the bankruptcy case.

BE IT FURTHER RESOLVED that this LLC Resolution and its terms hereunder shall remain in effect unless otherwise agreed upon or amended by the Members.

DATED: February 22, 2010

Joseph Pinsonneault
Managing Member
MAJESTIC, LLC

A&I Travel Services
5124 Poplar Ave., #101
Memphis, TN 38117


AAA Cincinnati
15 Wet Central Parkway
Cincinnati, OH 45202


AB Sea Tourist Co., Ltd
2-1 Hinode-Cho
Fukui-Pref
Sabae-Shi 9160053
Japan


Abacus Travel
10 Centennial Drive
2nd Floor East
Peabody, MA 01960


Abacus Travel, Inc.
5 Lakeland Park Drive
1st Floor
Peabody, MA 01960


Abbey Travel Ltd.
522 N. Washington Street
Naperville, IL 60563


Access Now-Shasta.com
833 Mistletoe Lane, Suite A1
Redding, CA 96002


Access Video Audio Visual Renta
525 47th Street
San Francisco, CA 94121

Accomodations Unlimited, Inc.
1208 Highway 34
Aberdeen Pavillion
Aberdeen, NJ 07747


Acme Bread Company
2730 9th Street
Berkeley, CA 94710


Adelman Travel Systems, Inc.
555 Day Hill Road
Windsor, CT 06095


ADT Services, Inc.
PO Box 371956
Pittsburgh, PA 15250


Advanced Reservation Systems
3750 Convoy Street
San Diego, CA 92111


Advantage Travel & Incentives
7447 Egan Drive
Savage, MN 55378


All World Travel Inc.
100 North Central Expressway, Suite 120
Richardson, TX 75081


Alliance Reservation Networks
428 E. Thunderbird Road
#247
Phoenix, AZ 85022

Allied Administrators
PO Box 45739
San Francisco, CA 94145


Alsco
1575 Indiana Street
San Francisco, CA 94107


America Realty & Development
369 B Third Street, #269
San Rafael, CA 94901


American Express
c/o Pegasus Solutions
PO Box 600937
Dallas, TX 75360


American Express Business
c/o Ericsson Systems
Torshamnsgatan 35
Kista 164 40 Stockholm
Sweden


American Express Europe Ltd.
c/o Pegasus Solutions
PO Box 1555
Croydon CR9 6 YL
UK & N IRE


American Express Travel
c/o Emerson
1701 Gold Road
Rolling Meadows, IL 60008


American Express Travel
c/o Thomsom
2840 South 123rd Court
Omaha, NE 68144

American Express Travel
c/o Sun Microsystems
8415 Data Point Drive
San Antonio, TX 78229


American Express Travel
c/o McGraw Hill
1701 Golf Road
Rolling Meadows, IL 60008


American Express Travel
c/o LM GSO
4050 Piedmont Pkwy
High Point, NC 27265


American Express Travel
c/o Aramark
7535 Windsor Drive
Allentown, PA 18195


American Express Travel
2nd Floor, Oakfield Court
Horley, Great Britain
RH6 7A


American Express Travel
c/o ITG International
15100 Northwest 67th
Hialeah, FL 33014


American Express Travel
c/o NCR Floor 5
1700 Patterson Blvd.
Dayton, OH 45479


American Express Travel
2421 W. Peoria Avenue, 3rd Floor
Phoenix, AZ 85029

American Express Travel
c/o Covidien
8112 Woodland Center B
Tampa, FL 33614


American Hotel Register Company
PO Box 94150
Palatine, IL 60094


American Leisure Equities
2151 S. Le Jeune Road, Suite 300
Miami, FL 33134


American Overhead Doors
2135 Jennings Street
PO Box 24543
San Francisco, CA 94124


American Travel Solutions, Inc.
16633 Ventura Blvd.
San Fernando, CA 91346


Amtech Elevator Services
Dept. LA 21592
Pasadena, CA 91185


Angeles Wine Inc.
7052 Sophia Avenue
Van Nuys, CA 91406


Antietam Travel Service Inc.
2190 Old Farm Drive
Frederick, MD 21702

Apple Computer
11701 Stonehollow Drive
Austin, TX 78727


Armin Wright Acoustical Con.
5605B Ocean View Drive
Oakland, CA 94618


ASCAP
2675 Paces Ferry Road SE
Suite 350
Atlanta, GA 30339


AT&T
PO Box 5017
Carol Stream, IL 60197


Atlantic Pacific Travel Inc.
950 S. Bascom Ave., Suite 3120
San Jose, CA 95128


Atlas Heating
PO Box 8467
Emeryville, CA 94662


ATP Business Travel
Kerkstraat 19
1404 HG
Bussum, Netherlands


Austin Travel Corp.
1 Canon Plaza
Lake Success, NY 11042

Auto Club of Southern California
3880 Birch Street
Newport Beach, CA 92660


Automatic Sprinker Testing
102 Couch Street
Vallejo, CA 94590


Aviambros SRL
Via Vittorio Veneto 5
Bresso 20091
Italy


Azumano Travel Service
320 SW Stark Street
Suite 600
Portland, OR 97204


B&L Commercial Seating Inc.
701 Phelps Street
San Francisco, CA 94124


Bacio Divino Wines
PO Box 131
Rutherford, CA 94573


Bags & Bows
1522 Momentum Place
Chicago, IL 60689


Balletto-Laguna Oaks Vineyard
5700 Occidental Road
Santa Rosa, CA 95401

Barbara Redman Enterprises Inc.
301 Science Drive
Moorpark, CA 93021


Bass Ventures Inc.
Cambridge Place
825 South Shields Street
Fort Collins, CO 80521


BCD Travel SA DE CV
Calle De Arguimides No. 130
Colonia Polanco Chapul
Mexico D.F. 11560


BCD Travel USA LLC
c/o Baxter Healthcare
10150 NW Ambassador Drive
Kansas City, MO 64153


BCD Travel USA LLC
c/o Cardinal Health
150 East Campus View B
Columbus, OH 43235


BCD Travel USA LLC
c/o Pepsico
1505 LBJ Freeway
Dallas, TX 75234


BCD Travel USa LLC
c/o Plantronics
1505 Lyndon B. Johnson Freeway
Dallas, TX 75234


BCD Travel USA LLC
c/o GSK
4620 Creekstone Drive
Durham, NC 27703

BCD Travel USA LLC
c/o Yahoo
2701 Northwest Vaughn
Portland, OR 97210


Bear Creek Travel
32395 Clinton Keith Road B5
Wildomar, CA 92595


Best Travel & Tours, Inc.
60 Biesterfield Road
Elk Grove Village, IL 60007


Blue Bottle Coffee Company
1552 Beach Street
Unit R
Oakland, CA 94608


Blue Ribbon Supply
PO Box 2867
South San Francisco, CA 94083


Boeing Travel Mgmt Co.
325 JS McDonnell Blvd
Bldg. 303 East
Hazelwood, MO 63042


Bookings Europe BV
Lockbox #5295
5295 Paysphere Circle
Chicago, IL 60674


Brentwood Trtavel Services Inc.
1022 Executive Pkwy
Saint Louis, MO 63141

Brownies Hardware
1563 Polk Street
San Francisco, CA 94109


BTS Bounty Travel Service
Mariano Acha No. 4520
Buenos Aires C1430DWN
Argentina


Business Week
PO Box 8420
Red Oak, IA 51591


Byington Electric Corp.
424 Treat Avenue, Unit C
San Francisco, CA 94110


C. Thosath Studio
1267 40th Avenue
San Francisco, CA 94122


C.W.T. Inc.
c/o Pearson
141 Market Place
Fairview Heights, IL 62208


Caldwell Travel & Tours Inc.
5341 Virginia Way
Brentwood, TN 37027


California Hotel & Lodging Assoc.
PO Box 919006
West Sacramento, CA 95691

California Security Alarms Inc.
1009 S Claremont Street
San Mateo, CA 94402


California State Auto
100 Van Ness Ave.
CO8W
San Francisco, CA 94102


California Travel & Tourism
PO Box 2007
Sacramento, CA 95812


Campbell Travel Inc.
14800 Landmark Blvd., Suite 155
Dallas, TX 75254


Capicorn Coffees
353 Tenth Street
San Francisco, CA 94103


Carlson Wagonlit France SA
c/o Texas Instruments
821 Avenue J. Kilby
Villeneuve-Lout
France


Carlson Wagonlit Travel
4747 N Channel Ave
Mailcode C1B-PBM
Portland, OR 97217


Carlson Wagonlit Travel
20700 44th Avenue W
Suite 550
Lynnwood, WA 98036

Carlson Wagonlit Travel
55 W Monroe Street, Suite 3800
Chicago, IL 60603


Carlson Wagonlit Travel
1862 Lackland Hill Pkwy
Saint Louis, MO 63146


Carlson Wagonlit Travel Inc.
3200 North Central Avenue
Phoenix, AZ 85012


Carlson Wagonlit Travel Inc.
c/o Saint Jude Medical
Saint Paul, MN 55120


Carlson Wagonlit Travel Inc.
15 Fishers Road
Pittsford, NY 14534


Carlson Wagonlit Travel Inc.
5711 University Heights Blvd.
c/o Dept of Justice
San Antonio, TX 78249


Carlson Wagonlit Travel Inc.
c/o Scheitzer Engineering Lab
2350 Northeast Hopkins
Pullman, WA 99163


Carlson Wagonlit Travel Inc.
6330 Variel Avenue, Suite 202
Woodland Hills, CA 91367

Carolina Mizzau Colombo
Mariano Acha No. 4525
Buenos Aires  C1430DWN
Argentina


Carrot Top Industries Inc.
PO Box 820
328 Elizabeth Brady Road
Hillsborough, NC 27278


Casto Travel Inc.
900 Lafayette Street, Suite 105
Santa Clara, CA 95050


CCS Castillo Carpet Service
3999-B Mission Street
San Francisco, CA 94112


Certified Travel Services Inc.
6444 Northwest Expressway St.
Suite 808
Oklahoma City, OK 73132


Chambers & Chambers Wine
2140 Palou Avenue
San Francisco, CA 94124


Chevron USA, Inc.
6001 Bollinger Canyon Rd.
Building C
San Ramon, CA 94583


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678

Cintas Fire Protection
2188 Del Franco Street #A
San Jose, CA 95131


Cintas First Aid & Safety
20933 Cabot Blvd.
Hayward, CA 94545


CITS American Express
No. 116 Tiyu Donglu
Guangzhou
510620  China


City & County Tax Collector
PO Box 7427
San Francisco, CA 94120


City & Suburban Delivery System
1111 Marcus Ave.
New Hyde Park, NY 11042


City and County of San Francisco
Dept. of Parking & Traffic
One South Van Ness, 7th Floor
San Francisco, CA 94103


City and County of San Francisco
Business Tax Section
PO Box 7425
San Francisco, CA 94120


Cityscape
444 De Haro Street, #218
San Francisco, CA 94107

CitySearch
14599 Collections Center Dr.
Chicago, IL 60693


Columbia FunMap Inc.
221 Rutgers Street
Maplewood, NJ 07040


Comcast
PO Box 34744
Seattle, WA 98124


Commercial Coverage Insurance
1119 Market Street, 3rd Floor
San Francisco, CA 94103


Compwest Insurance Co.
Dept. 9669
Los Angeles, CA 90084


Conklin Bros.
1100 Selby Street
San Francisco, CA 94124


Corporate Planners Unlimited
34163 Pacific Coast Hwy
Suite 225
Dana Point, CA 92629


Cypress Insurance Co.
Dept. 6750
Los Angeles, CA 90084

DayDots
24198 Network Place
Chicago, IL 60673


DBI Beverage
2225 Jerrold Avenue
San Francisco, CA 94124


DCTS
5680 Greenwood Plaza Blvd.
Suite 300
Englewood, CO 80111


Dee Vine Wine
Pier 19
The Embarcadero
San Francisco, CA 94111


Del Monte Meat Co., Inc.
200 Napoleon Street
San Francisco, CA 94124


Dept. of Alcoholic Beverage
3927 Lennane Drive, Suite 100
Sacramento, CA 95834


Dept. of Industrial Relations
Attn: Accounting
PO Box 420603
San Francisco, CA 94142


Dept. of Public Health
Healthy Housing Hotel Program
1390 Market Street, Suite 210
San Francisco, CA 94102

Desoto Cab Cooperative
555 Selby Street
San Francisco, CA 94124


Diane C. Harder Wine Marketing
1713 Artesia Blvd., Suite E
Manhattan Beach, CA 90266


Diningout San Francisco
3917 W. 32nd Avenue
Denver, CO 80212


DirecTravel
860 Wyckoff Avenue
Mahwah, NJ 07430


Donati Family Vineyard Inc.
2720 Oak View Road
Templeton, CA 93465


Duro-Last Roofing, Inc.
525 Morley Drive
Saginaw, MI 48601


E&P Enterprises Inc.
1 Maple Street
Milford, MA 01757


E-Z Tel, Inc.
PO Box 2241
Livermore, CA 94551

Ecolab
PO Box 100512
Pasadena, CA 91189


Ecolab Pest Elim, Division
PO Box 6007
Grand Forks, ND 58206


Economy Restaurant Fixtures
1200 7th Street
San Francisco, CA 94107


EHotel AG
Greifswalder Strasse 207
Berlin Germany
10405


Elizabeth Grillos
204 East 2nd Ave., #214
San Mateo, CA 94401


Emico Technologies Inc.
336 Bon Air Center, #250
Greenbrae, CA 94904


Epic Wines
PO Box 1269
Aptos, CA 95001-1269


Equator Estate Coffee & Teas
115 Jordan Street
San Rafael, CA 94901

Ervin Leasing Company
Dept. 77228
PO Box 77000
Detroit, MI 48277


ETC Group Inc.
c/o Christine Frazier, Suite 400
1112 E. Copeland Road
Arlington, TX 76011


European Imports Ltd
2475 N. Elston Avenue
Chicago, IL 60647


Executive Travel Association
1333 New Hampshire NW
Washington, DC 20036


Executive Travel Inc.
1212 O Street
Lincoln, NE 68508


Expedia Inc.
6 West Druid Hills, Suite 207
Atlanta, GA 30329


EZ Yield.com
125 Excelsior Pkwy, Suite 101
Winter Springs, FL 32708


F&L Limousine
851 4th Lane
South San Francisco, CA 94080

Facciola Meat Co.
PO Box 14160
Fremont, CA 94539


FedEx
PO Box 371461
Pittsburgh, PA 15250


Fillmore Merchants Assoc.
2130 Fillmore Street, #155
San Francisco, CA 94115


First Computer
PO Box 1204
Millbrae, CA 94030


FirstComp
PO Box 30020
Omaha, NE 68103


Flight Centre USA, Inc.
2361 Rosecrans Ave., Suite 365
El Segundo, CA 90245


Flowers by Tami's Design
1450 Sutter Street, #323
San Francisco, CA 94109


FlyTour American Express Bus.
Avenue Rio Branco
257/10Andar Centro
Rio de Janeiro, RJ 20040009
Brazil

Fra' Mani Handcrafted Salami
1311 8th Street, Suite 101
Berkeley, CA 94710


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Frank Bramante
PO Box 1579
Cottonwood, CA 96022


French Bros.
Flooring America
669 Thomas L. Berkley Way
Oakland, CA 94612


Garber
27 Boylston Street, Rt. 9
Chestnut Hill, MA 02467


Garbers Travel Service Inc.
800 West Cummings Park
Woburn, MA 01801


GCS Service Inc.
Ecolab Equipment Care
24673 Network Place
Chicago, IL 60673


George Garner Travel Inc.
404 BNA Drive
Suite 408
Nashville, TN 37217

Get-A-Way Travel Inc.
111 Township Line road
Jenkintown, PA 19046


Gilchrist & Soames
PO Box 66075
Indianapolis, IN 46266


Golden Gate Disposal
PO Box 60846
Los Angeles, CA 90060


Golden Gate Meat Company
550 Seventh Street
San Francisco, CA 94103


Golden Gate Restaurant Assoc.
120 Montgomery Street, Suite 1280
San Francisco, CA 94109


Got Grease LLC
1728 Ocean Ave., #124
San Francisco, CA 94112


Gourmet & More, Inc.
2976 "D" Alvarado Street
San Leandro, CA 94577


Grainger
Dept. 870005956
Palatine, IL 60038

Grape Expectations
1091 Essex Ave.
Richmond, CA 94801


Greenleaf
1955 Jerrold Ave.
San Francisco, CA 94124


Guardian
PO Box 530157
Atlanta, GA 30353


Guilliams Vineyards
3851 Spring Mountain Road
Saint Helena, CA 94574


HD Supply
PO Box 509058
San Diego, CA 92150


Hogg Robinson USA LLC
4100 Coca Cola Plaza
Charlotte, NC 28211


Homestead Pasta Company
315 South Maple Avenue
Building 106
South San Francisco, CA 94080


Horizon Travel and Cruises
1611 First Street NW
Miacle Mile Shopping
Rochester, MN 55901

HostWay Corporation
Attn: Billing Dept.
PO Box 7044
Romeoville, IL 60446


Hotel Council of San Francisco
323 Geary Street, #517
San Francisco, CA 94102


Hotel DE AG
Hugo-Junkers-Strasse 9
90411 Nuremberg DE
Germany


Hotspotzz
PO Box 22310
Salt Lake City, UT 84122


HR Ideas LLC
2262 Camino Ramon, Suite 103
San Ramon, CA 94583


Hutchinson & Bloodgood LLP
7676 Hazard Center Drive, Suite 1150
San Diego, CA 92108


Impend Technologies
36 St. Francis Way
Santa Barbara, CA 93105


In-Room West Inc.
2495 Main Street, Suite 217
Buffalo, NY 14214

Incentivos Y Convenciones SA
Altavista No 102-1
Colonia San Angel Inn
Mexico DF  01000


Interactive Hotel Solutions
2139 E Primrose
Springfield, MO 65804


Intercity Metro Cleaners LLC
438 South Airport Blvd.
South San Francisco, CA 94080


International Vineyards, LLC
1498 Stubbins Way
San Jose, CA 95132


Irvine Hospitality Group
50 Half Moon Bend
Coronado, CA 92118


Italian Franch Baking Co
1501 Grant Avenue
San Francisco, CA 94133


Jan-Pro of San Francisco
840 Hinckley Rd., #200
Burlingame, CA 94010


Johnson Distributors
PO Box 491
Owings Mills, MD 21117

Journey House Inc.
3410 Midcourt, Suite 123
Carrollton, TX 75006


Journeys Inc.
6804 Patterson Avenue
Richmond, VA 23226


JTB Business Travel
8F Tokyo Parkside Building
8-4, Kiba 5-Chome, Koto
Tokyo Japan
135 0042


Kael Foods
1950 Innes Avenue
San Francisco, CA 94124


Kaiser Foundation Health Plan
File No. 73030
PO Box 60000
San Francisco, CA 94160


Kehl Enterprises Inc.
8177 Glades Road, Suite 14W
Boca Raton, FL 33434


Kennedy Wilson
c/o Bruce Levine
9701 Wilshire Blvd., Suite 700
Beverly Hills, CA 90212


Kermit Lynch
1605 San Pablo Avenue
Berkeley, CA 94702

Kimball International
1600 Royal Street
Jasper, IN 47549


King of Mushrooms
PO Box 1181
Daly City, CA 94017


Kingmond Young Photography
416 Cortland
San Francisco, CA 94110


Kintetwu International Express
879 West 190th Street
Gardena, CA 90248


KNC Travel Services
1406 Sutter Street
San Francisco, CA 94109


La Fenetre
c/o Joshua Klapper
PO Box 2900
Palos Verdes Peninsula, CA 90274


Lake Union Travel Inc.
2476 Westlake Avenue North
Suite 102
Seattle, WA 98109


Laner Electric Supply
1310 South 51st Street
Richmond, CA 94804

Lanier Publishing International
PO Box D
Petaluma, CA 94953


Law Offices of Kirk B. Freeman
214 Grant Street, Suite 301
San Francisco, CA 94108


Leo Steen Wines
c/o West Coast Wines
PO Box 3457
Napa, CA 94558


Lesanctuaire
315 Sutter Street, 5th Floor
San Francisco, CA 94108


Light Soda On Tap
2291 Palou Avenue
San Francisco, CA 94124


Lindsey Creative
2014 McAllister Street
San Francisco, CA 94118


Litke Properties
3490 California Street, #206
San Francisco, CA 94118


Lore Institute Inc.
3824 Vista Blanca
San Clemente, CA 92672

LTS Inc.
266 Canal Street
Brattleboro, VT 05301


M O Air International Inc.
200 Park Avenue, Suite 3950
New York, NY 10166


Macke Water Systems Inc.
PO Box 545
Wheeling, IL 60090


MacLeod Accounting and Consulting
300F Danville Blvd., #402
Alamo, CA 94507


MacNair Travel Mgmt Inc.
1703 Duke Street
Alexandria, VA 22314


Manat Phelps & Phillips
11355 West Olympic Blvd.
Los Angeles, CA 90064


Marin Management Inc.
3000 Bridgeway, Suite 206
Sausalito, CA 94965


Martin Bramante
103 Shoreline Pkwy., #100
San Rafael, CA 94901

Martin M. Ron Associates, Inc.
859 Harrison Street, Suite 200
San Francisco, CA 94107


Martine Holding Inc.
33283 US Highway 19 North
Palm Harbor, FL 34684


Masters Touch
803 Everest Court
Mill Valley, CA 94941


Mathis
c/o Springboard Wine Co.
1050 Northgate Drive, Suite 100
San Rafael, CA 94903


Maupin Travel Inc.
604 Meadowmont Village Circle
Chapel Hill, NC 27517


McKay Company
PO Box 9083
San Rafael, CA 94912


Mens Wearhouse
905 Suite 1-D Dana Drive
Redding, CA 96003


Metro Cleaners
989 Post Street
San Francisco, CA 94109

Metro Locksmiths Inc.
2045 Divisadero Street
San Francisco, CA 94115


Micros System Inc.
PO Box 23747
Baltimore, MD 21203


Midway Industries
PO Box 370
Reisterstown, MD 21136


Mirage Hotel Systems
PO Box 16026
Encino, CA 91416


Modesto Food Distributors
7601 Mission Street
Colma, CA 94014


Montana Travel Inc.
1102 West Babcock
Bozeman, MT 59715


Monterey Bay Wine Co.
27 Palma Avenue
La Selva Beach, CA 95076


Montrose Travel
2355 Honolulu Avenue, Suite 1
Montrose, CA 91020

MR Wire
1427 Mission Road, Suite D
South San Francisco, CA 94080


Muzak LLC
PO Box 71070
Charlotte, NC 28272


Mythen Associates
513 Lopes Court
Pinole, CA 94564


Napco Security
333 Bayview Avenue
Amityville, NY 11701


Natalini Flowers
532 Natoma Street
San Francisco, CA 94103


National Auto Sport Assoc.
c/o Masuo Robinson
583 Canyon Road
Redwood City, CA 94062


National Hotel and Restaurant Assoc.
3540 Forest Hill Blvd., Suite 112
West Palm Beach, FL 33406


Navigant International/East
21C Daniel Street
Portsmouth, NH 03801

Navigant International/East
1501 Reedskale Street, Suite 2003
Pittsburgh, PA 15233


Navigant International/Rocky
10731 East Easter Avenue
Englewood, CO 80112


Navigant International/South
c/o Acxiom Corp.
301 East Dave Ward Drive
Conway, AR 72034


Network Solutions
PO Box 3999
Burlington, MA 01803


Northside Publications Inc.
3053 Fillmore Street
San Francisco, CA 94123


Northside SF/Marina Times
3053 Fillmore Street, #238
San Francisco, CA 94123


Office Depot
PO Box 70025
Los Angeles, CA 90074


Oliver McCrum Wines
5218 Lawton Avenue
Oakland, CA 94618

Omega World Travel Inc.
305 Cayuga Road
Buffalo, NY 14225


Ontario Limited Travel
1100 Sheppard Avenue West
Suite 333
Toronto Ontario
M3K 2B3


Open Table Inc.
PO Box 49322
San Jose, CA 95161


Orkin Pest Control
12710 Magnolia Avenue
Riverside, CA 92503


Pacific Gas & Electric
Box 997300
Sacramento, CA 95899


Pacific Gourmet
1060 Marin Street
San Francisco, CA 94124


Pan Exotic
2682 Middlefield Road
Unit L
Redwood City, CA 94063


Patassy Vineyard
PO Box 711
Graton, CA 95444

Petra Risk Solutions
5927 Priestly Drive
Suite 112
Carlsbad, CA 92008


Phase-Temp Inc.
dba Aire-Mechanical
PO Box 34184
San Francisco, CA 94134


Philadelphia Insurance Co.
PO Box 950
Bala Cynwyd, PA 19004


Pinkies Bakery
1294 Vallejo Street, #5
San Francisco, CA 94109


Pioneer Liquid Transport Inc.
PO Box 427
San Jose, CA 95103


Pitney Bowes Inc.
PO Box 856390
Louisville, KY 40285


Playbill Inc.
37-15 61st Street
Woodside, NY 11377


PM Squared Travel Inc.
71 5th Avenue
10th Floor
New York, NY 10003

Ports Seafood
1440 Bancroft Avenue
San Francisco, CA 94124


PPD Development LP
929 North Front Street
Wilmington, NC 28401


Preferred Travel Inc.
8432 Old Keene Mill Road
Springfield, VA 22152


Premier Travel Services LLC
5131 Post Road, Suite 330
Dublin, OH 43017


Premium Financing Specialists
PO Box 100384
Pasadena, CA 91189


Progressive Business Compliance
PO Box 3014
Malvern, PA 19355


Protravel International Inc.
9171 Wilshire Blvd., Suite 428
Beverly Hills, CA 90210


Provident Travel
11309 Montgomery Road, Suite B
Cincinnati, OH 45249

Pulse Travel Inc.
11767 Katy Fwy, Suite 111
Houston, TX 77079


Questex Media
275 Grove Street, Suite 2-130
Auburndale, MA 02466


R&M Sedans
716 Rock Rose Way
San Pablo, CA 94806


Rainbow Window & Glass
PO Box 1001
San Bruno, CA 94066


Regal Wine Company
File No. 72956
PO Box 60000
San Francisco, CA 94160


Rescue Rooter
PO Box 4036
Burlingame, CA 94011


Reuben & Junius LLP
One Bush Street, Suite 600
San Francisco, CA 94104


Reyes Tours LTDA
Avenida 82 No. 9-75
Bogota, DC Columbia

Rinis Travel Service
9517 Georgia Avenue
Silver Spring, MD 20910


Rio Travel Tourismo LTDA
Sao Jose No. 90
4 Andar-Sala 411-A
Rio De Janeiro RJ 20010020
Brazil


Robert Lewis Travel Service
1265 East Main Street
Stamford, CT 06902


Robinson Travel Service Inc.
505 North Sepulveda Blvd.
Manhattan Beach, CA 90266


Royal Hawaiian Seafood
115 Indiana Street
San Francisco, CA 94107


Sacramento Travel Service
3121 Arden Way
Sacramento, CA 95825


Safeguard Business Systems
PO Box 88043
Chicago, IL 60680


San Francisco Business Times
PO Box 36188
Charlotte, NC 28254

San Francisco Fire Dept.
Apt/Hotel Inspection Program
698 Second Street, Room 109
San Francisco, CA 94107


San Francisco Reservations
360 22nd Street, Suite 300
Oakland, CA 94612


Sean Francis
c/o Hotel Majestic
1500 Sutter Street
San Francisco, CA 94109


Serendipity Wine Imports
2130 Fillmore Street, #185
San Francisco, CA 94115


Servicios De Viajes Y Turismo
Avenida De Mayo #605
PIS012-BC
Buenos Aires 1084
Argentina


SF Chronicle
PO Box 7018
San Francisco, CA 94120


SF Convention and Vistors Bureau
201 Third Street, #900
San Francisco, CA 94103


SF PUC - Water
PO Box 7369
San Francisco, CA 94120

SF Specialty Produce Co., Inc.
PO Box 2293
Santa Fe Springs, CA 90670


SF WiFi
PO Box 8612
San Jose, CA 95155


Shorts Travel - Fred Pryor
5700 Broadmoor, Suite 300
Mission, KS 66202


Shorts Travel Management
6901 West 63rd Street, 3rd Floor
Mission, KS 66201


Shulman Hodges & Bastian LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610


Siemens Shared Services
1505 LBJ Freeway
Suite 510
Dallas, TX 75234


South City Refrigeration
338 North Canal, #3
South San Francisco, CA 94080


Southern Wines & Spirits
Dept. 1915
PO Box 61000
San Francisco, CA 94161

St. Helena Travel Center
7149 Pope Valley Road
Pope Valley, CA 94567


Staples
Dept. 00-05210968
PO Box 6721
The Lakes, NV 88901


State Board of Equalization
PO Box 942879
Sacramento, CA 94279


Stoney Hill Vineyard
PO Box 308
Saint Helena, CA 94574


Stow Travel Center
132 Great Road
Stow, MA 01775


Sunce Winery
1839 Olivet Road
Santa Rosa, CA 95401


Susie Biehler
PO Box 371331
Montara, CA 94037


Synxis Corporation
7285 Collection Center Drive
Chicago, IL 60693

Sysco Food Services
5900 Stewart Avenue
Fremont, CA 94538


Tableware International Inc.
4250 Morena Blvd., Suite F
San Diego, CA 92117


Tangerine Travel Ltd.
16017 Juanita Woodinville Way
Bothell, WA 98011


The Auto Club Group
West Creek Plaza
1500 Essington
Joliet, IL 60435


The Cain Travel Group
3001 Arapahoe Avenue
Boulder, CO 80303


The Flight Shops Inc.
4542 West 10th Ave., Suite 4546
Vancouver, BC
V6R2J1


The Henry Wine Group
PO Box 45936
San Francisco, CA 94145


The New Act Inc.
1900 Avenue of the Stars
Suite 1550
Los Angeles, CA 90067

The New Fillmore
2130 Fillmore Street, #202
San Francisco, CA 94115


The Travel Concern Inc.
3433 Broadway Street NE
Suite 115
Minneapolis, MN 55413


The Travel Place Ltd
118 West Savidge Street
Spring Lake, MI 49456


The Travel Team, Inc.
2495 Main Street, Suite 340
Buffalo, NY 14214


The Wall Street Journal
PO Box 7030
Chicopee, MA 01021


Tomales Bay Foods Inc.
105 H Street
Petaluma, CA 94952


Topaz Hotel Services
360 22nd Street, Suite 300
Oakland, CA 94612


Tourist Bureau Marketing Inc.
428 E. Thunderbird Road
Phoenix, AZ 85022

Tourist Bureau Marketing Inc.
1125 West Pinnacle Road
Phoenix, AZ 85027


Tower Travel Management Co.
53 Ogden Avenue
Clarendon Hills, IL 60514


Travel & Transport Inc.
1655 Blairs Ferry Road, Suite 2B
Marion, IA 52302


Travel Adventures Inc.
39 North 6th Street
Custer, SD 57730


Travel Inc.
4010 Boy Scout Blvd., Suite 760
Tampa, FL 33607


Travel Management Partners
c/o The Martin Agency
1 Shockoe Plaza
Richmond, VA 23219


Travel One Inc.
8009 34th Avenue South
Riverview Office Tower
Minneapolis, MN 55425


Travel Store Inc.
855 Howe Avenue, Suite 5
Sacramento, CA 95825

Travel Today
PO Box 504558
Saint Louis, MO 63150

Travel Trust Corporation
9821 Carroll Canyon Road, Suite A
San Diego, CA 92131

Travelflo.com LLC
1025 Ashworth Road
West Des Moines, IA 50265

Travelnow.com
4124 S. McCann Ct.
Springfield, MO 65804

Travelocity.com LP
11603 Crosswinds Way, Suite 125
San Antonio, TX 78233

Trecini Cellars
2360 Mendocino Avenue, Suite A-2
#395
Santa Rosa, CA 95403

Tri-Signal Integration
12701 Encinitas Aenue
Sylmar, CA 91342

Trimark Economy Inc. - SF
1200 7th Street
San Francisco, CA 94107

True World Foods
1815 Willaims Street
San Leandro, CA 94577


TTA, Inc.
680 South Fourth Avenue
Louisville, KY 40202


Tvl Svc Everywhere
306 Main Street
Sundance Square
Fort Worth, TX 76102


Tykim Inc.
1221 Lincoln Avenue
San Jose, CA 95125


Tzell Travel & tours Inc.
350 Madison Avenue, 15th Floor
New York, NY 10017


Tzell Travel LLC
5820 Roosevelt Avenue
Woodside, NY 11377


UC Regents
UCSF Housing Services
500 Parnassus Ave, MU102 W
San Francisco, CA 94143


Ultra Chem Inc.
PO Box 3717
Shawnee, KS 66203

US Food Service Inc.
File 30719
Box 60000
San Francisco, CA 94160


USA Today
PO Box 79782
Baltimore, MD 21279


Valerie Wilson
475 Park Avenue South
New York, NY 10016


Valley Wine Warehouse
PO Box 11056
Napa, CA 94581


ValPak of San Francisco
2171 Junipero Serra Blvd., Suite 500
Daly City, CA 94014


Vashno Inc.
1500 Michigan Street
San Francisco, CA 94124


VCK Travel
Valreep 13
1042 An
Amsterdam  The Netherlands


Verizon
PO Box 371873
Pittsburgh, PA 15250

Viaggiando
Via Montenapoleone 23
Milan 20121
Italy


Vigneron Imports
6 Barner Place
Oakland, CA 94602


Village Imports
PO Box 225
Santa Clara, CA 95052


W.L. Gore & Associates
PO Box 1010
100 Airport Road
Elkton, MD 21922


Wayfarer Group Travel Inc.
3330 Erie Avenue, Suite 1A
Cincinnati, OH 45208


Wells Fargo
PO Box 54349
Los Angeles, CA 90054-0349


West Cost Wines Distribution
PO Box 3457
Napa, CA 94558


Western State Design Inc.
25616 Nickel Place
Hayward, CA 94545

Whitsett Travel Inc.
330 East 4th Avenue
Anchorage, AK 99501


Wine Forest Wild Mushrooms
6493 Dry Creek Road
Napa, CA 94558


Wine Warehouse
PO Box 45616
San Francisco, CA 94145-0616


World Choice Travel Inc.
PO Box 105199
Atlanta, GA 30348


World Choice Travel Inc.
11300 US Highway One
Suite 300
North Palm Beach, FL 33408


World Travel Inc.
700 Northeast Multnomah St.
Suite 148
Portland, OR 97232


World Travel Inc.
161 Newport Road
Leola, PA 17540


World Travel Inc.
1724 West Schuylkill Road
Douglassville, PA 19518

World Travel Partners LLC
c/o Radio Shack
1505 LBJ
Dallas, TX 75234


World Travel Service LLC
5727 South Lewis Avenue
Suite 120
Tulsa, OK 74105


World Travel Services LLC
5400 South 122nd E. Avenue
Tulsa, OK 74146


Young's Market
PO Box 30145
Los Angeles, CA 90030-0145


ZD Wines
8383 Silverado Trail
Napa, CA 94558